UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN NGUYEN,<br><br>          Plaintiff,<br><br>     v.<br><br>NATERA, INC., et al.,<br><br>          Defendants. | Case No. 16-2226 CW<br><br>REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP |

   Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Haywood S. Gilliam for consideration of whether the case is related to City of Warren Police and Fire Retirement System v. Natera, Inc., 16-1460-HSG.

   IT IS SO ORDERED.

Dated:   April 27, 2016

_____
CLAUDIA WILKEN
United States District Judge